UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-4396

Filed: January 24, 2005

SEAN COLEMAN

    Petitioner - Appellee

1:00 cv 189

  v.

OHIO ADULT PAROLE AUTHORITY

    Respondent - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 12/30/04 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ...........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk